UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 20-00921-FLA (KKx) | Date | December 17, 2021 |
| Title | Cathy Sypherd et al v. Lazy Dog Restaurants, LLC | | |

Present: The Honorable **FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE**

| Twyla Freeman | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Tyler J. Belong | Mia D. Farber |
| | Buck Nathan Haddix |

**Proceedings:** **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT (DKT. 212)**

The hearing is held. Following discussions with counsel, the motion is taken under submission and a written order will issue.

00 : 36

Initials of Preparer   tf